Judge Lasnik CC: TO JUDGE JK

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 19 2000 JK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
            DEPUTY

_____ FILED ✓ ENTERED
_____ LODGED _____ RECEIVED

JUL 21 2000 GG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
            DEPUTY

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing document to which this certificate is attached was delivered to the attorneys of record of plaintiff, defendant, on the 19 day of ___, 2000.
UNITED STATES ATTORNEY
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,            )
                                     )   NO. CR00-194L
        Plaintiff,                   )
                                     )
   v.                                )
                                     )   RULE 48 MOTION
DAVID ANDREW RABANG, SR.,            )   TO DISMISS
                                     )
        Defendant.                   )
_____)

COME NOW the United States of America, by and through Katrina C. Pflaumer United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney for said District, and moves this Court for dismissal without prejudice of the above-entitled matter pursuant to F.R.Cr.P. 48.

DATED this 19th day of July, 2000.

KATRINA C. PFLAUMER
United States Attorney

_____
SUSAN M. ROE
Assistant United States Attorney

## ORDER

This matter having come on before the undersigned court on the Government's Motion to Dismiss pursuant to F.R.Cr.P. 48, the Court having considered the Motion,

DISMISSES the above-entitled criminal case without prejudice.

DATED the 21st day of July, 2000.

_____
ROBERT S. LASNIK
United States District Judge

MOTION TO DISMISS/D.A. RABANG, Sr. - 1
CR00-194L/1997R02145

UNITED STATES ATTORNEY
SEAFIRST FIFTH AVENUE PLAZA BUILDING
800 FIFTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98104
(206) 553-7970